**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Loida E. Torres–Ferrer<br>            Debtor, | Chapter: 7<br>Case No: 10–17562<br>Judge Frank J. Bailey |

**ORDER APPROVING PAYMENT OF**
**FILING FEE IN INSTALLMENTS**

It is **ORDERED** that the debtor pay the filing fees in the amount of **$299.00** as follows:

    **$100.00** on or before **AUGUST 3, 2010**
    **$100.00** on or before **SEPTEMBER 20, 2010**
    **$99.00** on or before **OCTOBER 19, 2010**

It is further **ORDERED** that all payments be made at the office of the Clerk of the Bankruptcy Court and that, until the filing fees are paid in full, the debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case. The entry of an order of discharge or confirmation shall be held in abeyance until the filing fees are paid in full.

Date: 7/21/10

By the Court,

Yvonne Woodbury
Deputy Clerk
617–748–5340

**PLEASE RETURN THIS FORM WITH YOUR PAYMENT**

**NOTE: DEBTORS CHECKS ARE NOT ACCEPTED.**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DENIAL/DISMISSAL WITHOUT FURTHER NOTICE.**

- (●) United States Bankruptcy Court
  John W. McCormack Post
  Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109–3945

- (○) United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

- (○) United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925